| | |
|---|---|
| Priority | |
| Send | X |
| Enter | |
| Closed | |
| JS-5/JS-6 | |
| JS-2/JS-3 | |
| Scan Only | |

FILED
CLERK, U.S. DISTRICT COURT

AUG 12 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Reformulated Gasoline (RFG) Antitrust & Patent Litigation<br><br>This document relates to:<br><br>*Kleppner v. Unocal*<br>    CV-04-08795 CAS (VBKx)<br>*Acosta v. Unocal*<br>    CV-04-09600 CAS (VBKx)<br>*Dark v. Unocal*<br>    CV-04-09602 CAS (VBKx)<br>*Buckser v. Unocal*<br>    CV-05-03438 CAS (VBKx)<br>*Harper v. Unocal*<br>    CV-05-03441 CAS (VBKx)<br>*Haro v. Unocal*<br>    CV-05-03443 CAS (VBKx) ✓<br>*Rosen v. Unocal*<br>    CV-05-03445 CAS (VBKx)<br>*Sullivan v. Unocal*<br>    CV-05-03446 CAS (VBKx)<br>*Rubin v. Unocal*<br>    CV-05-03439 CAS (VBKx)<br>*Shames v. Unocal*<br>    CV-05-03577 CAS (VBKx)<br>*Sealey v. Unocal*<br>    CV-05-0309 CAS (VBKx)<br>*Sheppard v. Unocal*<br>    CV-05-1264 CAS (VBKx) | MDL Case No. 05-1671 CAS (VBK)<br><br>Assigned For All Purposes To The Honorable Christina A. Snyder<br><br>[PROPOSED] ORDER GRATING *EX PARTE* APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD<br><br>[*Ex Parte* Application filed concurrently herewith] |

DOCKETED ON CM

AUG 15 2005

BY _____ [PROPOSED] ORDER

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LAI 60106454.1

1  Good Cause having been shown,

2  The Court hereby GRANTS defendants Union Oil Company of California
3  and Unocal Corporation's (collectively, "Unocal") and Robins, Kaplan, Miller &
4  Ciresi L.L.P.'s ("RKM&C") joint *Ex Parte* Application for Leave to Withdraw as
5  Counsel of Record. The Court finds that withdrawal is appropriate to avoid a
6  potential ethical conflict. Further, given Unocal's consent to withdrawal and the
7  prior association of Gibson, Dunn & Crutcher LLP as co-counsel of record,
8  RKM&C's withdrawal will not prejudice Unocal nor delay these proceedings.

9  IT IS SO ORDERED.

11  Dated: August 11, 2005

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE
## [FRCP, Rules 4, 5]

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3700, Los Angeles, California 90067-3211.

    On August 11, 2005 I served the foregoing document described as **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

<u>See attached Service List</u>

[X]    **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[X]    **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. Facsimile transmissions were sent and addressed as stated above.

[X]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

    Executed on August 11, 2005 at Los Angeles, California.

                                   *Rosa Irajpanah*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA1 60100580.1

# SERVICE LIST

In Re Reformulated Gasoline (RFG) Antitrust & Patent Litigation
MDL Case No. 05-1671 CAS (VBKx)

| | |
|---|---|
| Daniel Hume<br>Kirby, McInerney & Squire, LLP<br>830 Third Avenue, 10th Floor<br>New York, NY 10022<br>(212) 371-6600<br>(212) 751-2540 Fax | *Counsel for Plaintiffs Caleb Kleppner and Henry Davis* |
| Michael Buchman<br>Milberg Weiss Bershad<br>  & Schulman LLP<br>One Pennsylvania Plaza<br>New York, NY 10019-0165<br>(212) 594-5300<br>(212) 868-1229 Fax | *Counsel for Plaintiff Yolanda Acosta in the Acosta v. Unocal matter and Plaintiff Anthony Dark in the Dark v. Unocal matter.* |
| Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>Berman Devalerio Pease Tabacco<br>  Burt & Pucillo<br>425 California St., #200<br>San Francisco, CA 94104<br>(415) 433-3200<br>(415) 433-6382 Fax | *Counsel for Plaintiff Gail Harper* |
| Edward M. Gergosian<br>Robert J. Gralewski, Jr.<br>Gergosian & Gralewski<br>550 West C St., #1600<br>San Diego, CA 92101<br>(619) 230-0104<br>(619) 230-0124 Fax | *Counsel for Plaintiff Michael Shames* |
| Shannon P. Cereghino<br>Christine G. Pedigo<br>Finkelstein, Thompson & Loughran<br>601 Montgomery St. #665<br>San Francisco, CA 94111<br>(415) 398-8700<br>(415) 398-8704 Fax | *Counsel for Plaintiff Michelle Sullivan in the Sullivan v. Unocal matter and Plaintiff Corey Rosen in the Rosen v. Unocal matter* |
| Robert Green<br>Janelle Welling<br>Green Welling LLP<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>(415) 477-6700<br>(415) 477-6710 Fax | *Counsel for Plaintiff Jennifer Haro* |

| | | |
|---|---|---|
| 1 | Andrew J. Ogilvie<br>Kemnitzer Anderson Barron<br>  & Ogilvie, LLP<br>445 Bush St., 6th Floor<br>San Francisco, CA 94108<br>(415) 861-2265<br>(415) 861-3151 Fax | *Counsel for Plaintiffs Asher Rubin and Jeffrey Rubin in the Rubin v. Unocal matter and Plaintiff Stephen Buckser in the Buckser v. Unocal matter* |
| 5 | Dennis Stewart<br>Hulett Harper Stewart LLP<br>550 West C Street<br>Suite 1600<br>San Diego, CA 92101<br>(619) 338-1133<br>(619) 338-1139 Fax | *Counsel for Plaintiff Corrine Sealey* |
| 9 | Peter Rukin<br>John F. Hylan<br>Rukin, Hyland, Doria & Dufrane LLP<br>100 Pine St. Suite 725<br>San Francisco, CA 94111<br>(415) 421-1800<br>(415) 421-1700 Fax | *Counsel for Plaintiff Christopher Sheppard* |
| 13 | Joseph Kattan, Esq.<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue N.W.<br>Washington, D.C. 20036<br>(202) 955-8239<br>(202) 530-9558 Fax | *Co-Counsel for Defendants Union Oil Company of California and Unocal Corporation* |
| 16 | Christopher Dean Dusseault<br>Gibson, Dunn & Crutcher LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>(213) 229-7855<br>(213) 229-6855 Fax | |

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.
ATTORNEYS AT LAW
LOS ANGELES